IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00472-RPM-KLM

**JOHNNIE ARKO,**

        **Plaintiff,**

**v.**

**SENTRY CREDIT, INC., a Washington corporation,**

        **Defendant.**
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATED: May 1st, 2008

        BY THE COURT:

        s/Richard P. Matsch

        _____
        SENIOR U.S. DISTRICT JUDGE